484

## GORDON v. STATE.
### No. 20741.

Court of Criminal Appeals of Texas.

Jan. 10, 1940.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for theft of goats; penalty assessed at confinement in the penitentiary for two years.

Appellant entered a plea of guilty to the offense charged. The record is before us without statement of facts or bills of exception. No error having been presented authorizing a reversal, the judgment is affirmed.

## McCORLEY v. STATE.
### No. 20748.

Court of Criminal Appeals of Texas.

Jan. 10, 1940.

Jimmie MacNicoll, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for three years.

The indictment appears regular. · Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without statement of facts or bills of exception.

The judgment is affirmed.